Lenora L. Hughes, administratrix of the estate of Georgie Lee Hughes, deceased, appellant, v. Edward Prather, appellee. Gen. No. 8,314.

Opinion filed May 21, 1931.

Roscoe Herget and George W. Hunt, for appellant. Barnabas F. Sears, for appellee; Michel & Barnes, of counsel.

Per curiam.

THIRD DISTRICT.

Lillie B. Turney, executrix of the will of Sarah J. Tolson, deceased, defendant in error, v. Richard Tolson, plaintiff in error. Gen. No. 8,500.

Opinion filed April 14, 1931.

S. S. Clapper and Geo. B. Rhoads, for plaintiff in error. J. E. Dazey and J. J. Baker, for defendant in error.

Mr. Justice Eldredge delivered the opinion of the court.

A. E. Hudson, trading as A. E. Hudson Company, appellant, v. Road District No. 6 of Morgan County, Illinois, appellee. Gen. No. 8,451.

Opinion filed April 14, 1931.

Charles Ray Gruny and Bellatti & Moriarty, for appellant. William T. Wilson and Barnabas F. Sears, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

Noah Roth, appellee, v. Carrie Gresham, appellant. Gen. No. 8,464.

Opinion filed April 14, 1931.

C. C. Worthy, for appellant. William M. Cox, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.